1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                               **DISTRICT OF NEVADA**

6

7    CHRISSY ISRAEL MAZZEO,                    )
                                               )
8                            Plaintiff,        )      Case No. 2:08-cv-01387-RLH-PAL
                                               )
9    vs.                                       )               **ORDER**
                                               )
10   JAMES ARTHUR GIBBONS, *et al.,*           )
                                               )
11                           Defendants.       )
     _____)

12

13          In a prior order (Dkt. #237) entered July 27, 2010, the court directed the Clark County District

14   Attorney's Office to submit a copy of its file in State v. Griffith to the court for in-camera review along

15   with the privileged document log it produced in this case.  The court has now reviewed the in-camera

16   submission.  Having reviewed the file in its entirety the court and sustains the District Attorney's

17   Office's assertion of privilege for those documents withheld from production with the exception of the

18   following documents which are ordered produced:

19   -       **CCDA-4 0061**.  The District Attorney's Office withheld this document on the basis of

20           attorney-client work product and the self critical analysis privilege.  The document

21           consists of a subpoena status report documenting communication between members of

22           the District Attorney's Office and the Plaintiff.  The document related what Plaintiff

23           reported to a member of the District Attorney's Office concerning a scheduled court

24           appearance in State v Griffin in which she is listed as the victim.  As the Plaintiff is the

25           party requesting these materials and the document records her statement to the CCDA,

26           the court finds the District Attorney's Office has not met its burden of establishing the

27           document is subject to an applicable privilege.

28   ///

1       -        **CCDA-4 00912, CCDA-4 0121.**  These documents consist of Spring Valley Hospital

2                records and Boulder City Hospital records for Plaintiff Chrissy Mazzeo.  They are listed

3                on the County District Attorney's  privilege log.  Although it is unclear, it appears the

4                District Attorney's Office produced these documents redacted of the Plaintiff's date of

5                birth and social security number.  The redaction is sustained.  If the District Attorney's

6                Office has not yet already produced the medical records, they shall be produced in

7                redacted form.

8       -        **CCDA-4 0812, CCDA-4 0190**.  Again, it appears these documents have been produced,

9                redacted of social security numbers and date of birth.  If not, these documents shall be

10              produced as they consist of Plaintiff's statements concerning the battery-domestic

11              violence claims she made against Mr. Griffith.

12    **IT IS ORDERED**

13          **1.**      The Clark County District Attorney's Office shall have until **August 30, 2010** in

14                  which to produce the documents described in this order to the extent they have

15                  not already been produced, but may produce them redacted of social security

16                  numbers and dates of birth.

17          2.      The remaining documents identified on the District Attorneys Office privilege

18                  log need not be produced.

19    Dated this 19th day of August, 2010.

20

21                                      _____

                                       Peggy A. Leen

22                                      United States Magistrate Judge

23

24

25

26

27

28